THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ORDER |
| Plaintiff, | Case No. 2:26-cv-00050-TS-JCB |
| v. | |
| BREEZE AVIATION GROUP, INC., | District Judge Ted Stewart |
| Defendant. | Magistrate Judge Jared C. Bennett |

District Judge Ted Stewart referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion to extend the deadline for Defendant to file its reply in support of its motion to dismiss.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the deadline for Defendant to file its reply in support of its motion to dismiss[3] is extended to May 15, 2026.

SO ORDERED this 29th day of April 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 14.

[2] ECF No. 32.

[3] ECF No. 29.