# EXHIBIT A



Please read for an important message from your MXY MEC.

[Click here for mobile version](#)

MXYPropellingBreezeNewsletter



## April 15, 2026

1. **Protocol Agreement Signed**
2. **A Note on Collaboration from Your MEC**
3. **Upcoming Multi-Base Family Awareness Event: 5/19!**

1. **ALPA Educational Highlight: RLA Section 2 Part II**
2. **Register for Next ALPA APC**
3. **Attrition Data**
4. **Call for Photo Submissions!**

## Protocol Agreement Signed

The MEC is pleased to announce that a Protocol Agreement between management and ALPA has been signed. This agreement regulates the ground rules for negotiations and is an important step towards a contract.

As we have said before, the only true measure of progress toward our first collective bargaining agreement (CBA) is completed and honored tentative agreements (TAs).

The negotiations protocol is a positive tentative step toward achieving a fair contract for our pilots. We need to see further continued progress, however.

We call on management to use this agreement to now fully accelerate the process toward our CBA, with the goal of signing an industry-standard contract this year.

## A Note on Collaboration from Your MEC

Change can be a challenge for both a pilot group and management. It requires collaboration, a willingness to reach consensus, and a commitment to address the concerns and needs of both the pilots and the business side.

It is not our intention to engage in an unproductive back-and-forth with management about whether 15 TAs in three and a half years of bargaining for a first contract is normal or not.

You can simply check the comparison ALPA's Economic and Financial Analysis Department compiled for us here.

Should you be interested in what side currently holds what section and for how long visit the Negotiations Tracker here.

If you are wondering about 401k contributions and how we compare to other airlines, check out the R&I communication here.

It is our desire to make Breeze a long-term viable airline for the pilots, passengers, and investors. To that end, we'd like to take a moment to discuss what collaboration means to your ALPA representatives.

Breeze is a new airline. New airlines need to be flexible. Breeze pilots are "the most flexible in the industry"—operating without a ratified bargaining agreement— whether by choice or not. However, short-term flexibility does not replace long-term stability.
Breeze must be a company where an airline pilot wants to spend an entire career.

**A constantly-changing 63-page Pilot Playbook (PPB) does not replace a comprehensive *binding* CBA.** Only that binding document, ratified by the entire pilot group, will level the playing field for management and pilots, and thereby create a stable, sustainable path for growth.

Training a new pilot is significantly more expensive than keeping an already employed pilot current. It therefore stands to reason that it would be in management's interest to keep a happy, motivated workforce rather than to make Breeze a revolving door airline—a place where pilots come to build some experience and then leave for a more lucrative career.

Not every decision comes down to dollars and cents, however. Many pilots came to Breeze for the quality of life-day trips, the promise of being able to "work where you live" over commuting through a mega hub. **The current quality of life imposed by management and the PPB is not sustainable**. Many of our pilots are burning out and looking for employment elsewhere—many more than management is willing to admit. Any pilot will tell you—the best part about Breeze is the people with whom we fly. We want Breeze to be successful and for our coworkers to have a reason to stay.

Management has asserted that they are bargaining in good faith and collaborating with ALPA. Again, actions speak louder than words. Redlining an ALPA proposal for improvements to the current PPB standards to less than the current standards is regressive bargaining, which is not good faith bargaining.

Good-faith collaboration does not include implementing changes which are so far out of the industry norm as to be non-starters, or giving "status updates"—which are effectively edicts—to ALPA .

Again, we reiterate our sincere desire for management to make ALPA an equal partner in the growth of this company.

Honest collaboration and good faith bargaining means that both the company and the pilots win. Until we see that sentiment change from HQ, we will continue to speak out as long as and as loud as is necessary.

## Upcoming Multi-Base Family Awareness Event: May 19

You may have heard or seen the term "Family Awareness" in your time with ALPA, but what does it actually mean?

Family Awareness serves dual purposes: providing crucial support during contract negotiations while building lasting family connections.

Family Awareness is vital because it recognizes that a pilot's career affects the entire family, from irregular schedules and time away from home to the stresses of contract negotiations and industry changes. When families understand and support the challenges we face as pilots, it strengthens our collective voice and unity.

Family Awareness events bring families together with union leaders and fellow pilots in a fun, casual setting that helps build lasting relationships and support.

**Family Awareness at MXY**

Your Strategic Preparedness & Strike Committee (SPSC) in coordination with the MEC will be hosting a **multi-base Family Awareness event on Tuesday, May 19**. Please stay tuned for more details and information on how to RSVP to reserve your spot.

**ALPA Educational Higlight Part 2: Railway Labor Act (RLA): Section 2**

In our last Propelling Breeze Newsletter, we discussed the purpose of the Railway Labor Act (RLA), then simplified Section 2 subsections 1-5.

Below, we continue that discussion by breaking down subsections 6-10 into their plain-language meaning.

**Section 2, Sixth**

**Requirement to Negotiate Changes:** If either party wants to change an existing agreement, they must provide written notice and enter negotiations.

**Plain meaning:** Contracts **cannot simply be changed unilaterally**—there is a formal negotiation process for altering or succeeding an existing collective bargaining agreement.

**Section 2, Seventh**

**Status Quo Requirement:** While negotiations or mediation are underway, both sides must **maintain the current working conditions and agreements**.

**Plain meaning:** Management cannot impose changes, and employees cannot strike until the RLA bargaining process is complete.

**Section 2, Eighth**

**Representation Disputes:** Disputes over which union represents employees are handled through procedures overseen by the National Mediation Board.

**Plain meaning:**The government administers an election to determine which union wins representation elections.

**Section 2, Ninth**

**Certification of Representatives:** The **National Mediation Board** investigates representation disputes and certifies the union that employees choose (Pilots chose ALPA).

**Plain meaning:** The NMB officially confirms which **union stands as the exclusive representative for the pilot group.**

Since the NMB's certification on August 12, 2022, ALPA has been the exclusive representative for the pilot group at Breeze.

---

**Section 2, Tenth**

**Emergency Boards:** If a dispute threatens to significantly disrupt interstate commerce, the President may appoint a **Presidential Emergency Board (PEB)** to investigate and recommend a resolution.

**Plain meaning:** In major disputes affecting the national transportation system, the government can **step in to help prevent shutdowns.**

**Stay engaged, stay informed, and keep the unity.**

**Register for Next ALPA All-Pilot Call**

The next ALPA All-Pilot Call (APC) will be **Friday, April 24, at 3pm ET**. The MEC welcomes all questions, and we encourage all Breeze pilots to attend. Registration is required to join.

[Register for Next APC](#)

**Attrition Data**



**Call for Photo Submissions!**

Have a great shot from the line? We'd love to share it.

Send your favorite photos to [MXYMECComms@alpa.org](mailto:MXYMECComms@alpa.org) for a chance to be featured.

**Show us:**
1. Breeze aircraft
2. Preflight or postflight moments
3. Photos in uniform
4. Career milestones
5. Layover highlights

Please include your name, position, base/location, aircraft type, and any relevant details with your submission.

As always, ensure all photos are taken in compliance with applicable FARs and FOMs.

Thank you for being part of our story! Stay connected with your union by following us on Facebook and Instagram.

## MEC OFFICERS

| Chair / CA Rep | Vice Chair / FO Rep | Secretary-Treasurer |
|---|---|---|
| CA Alexander Kluge | CA Sam Long | CA Torrey Hansen |

### NON-ELECTED OFFICERS

| Executive Administrator | Financial Oversight Officer |
|---|---|
| FO Alejandra Paz | CA Dean Dambrosio |

## MEC COMMITTEE CHAIRS

| Aeromedical Chair | Grievance Chair | Military Affairs Chair | Pro Standards Chair |
|---|---|---|---|
| CA Joseph Marino | CA Chris Salazar | CA Dean Dambrosio | CA Torrey Hansen |

| CASC Chair | HIMS Chair | Negotiations Chair | R&I Chair |
|---|---|---|---|
| CA Matt Ayer | CA Ross Ward | CA Mark Kurdzel | CA Torrey Hansen |

| CIRP Chair | Hotel Chair | P2P Chair | Scheduling Interim Chair |
|---|---|---|---|
| CA Bo Masuyama | CA | CA Mike Solivan | |

|  |  | Raphael Thompson | CA Simone Badalassi |
|---|---|---|---|

**Communications Chair**
CA Jordan Kaiser

| **Jumpseat Chair** | **PBS Chair** | **SPSC Interim Chair** |
|---|---|---|
| CA Russ Greenway | CA Evan Schultz | CA Jordan Kaiser |

**Govt. Affairs Chair**
CA Chuck Stuller

| **Membership Chair** | **Pilot Peer Support Chair** | **Training Chair** |
|---|---|---|
| CA Chris Muller | CA Jose Carrion | CA Ashton Symes |



Air Line Pilots Association, International
7950 Jones Branch Drive, Suite 400S
McLean, VA  22102
Unsubscribe